UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:  Bankr. Case No. 09-75481-REG-13

RON BALDEO and SHARRON BALDEO  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc.
        PO Box 183853
        Arlington, TX  76096

        AmeriCredit Financial Services, Inc.

        By  /s/ James Hogan, Jr._____

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 29, 2009 :

| | |
|---|---|
| ROBERT H SOLOMON<br>24 EAST PARK AVE<br>POB 58<br>LONG BEACH, NY  11561 | MICHAEL J MACCO<br>135 PINELAWN ROAD<br>MELVILLE, NY  11747 |

By  /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx19581 / 546585