UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X        Chapter 13

IN RE:                                               Case No.: 8-09-75481-reg

    Ron Baldeo and Sharon Baldeo                     **CHAPTER 13 PLAN**


----------------------------------------------------X

    1.    The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of 60 months, the sum of:

        $750.00 commencing July 2009 through and including June 2014 for a period of 60 months;

    2.    From the payments so received, the trustee shall make disbursements as follows:

        (a)    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

        (b)    Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES AND INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

Litton Loan Servicing acct. # 0013750708 (mortgage holder) to be paid pre-petition arrears in the sum of $29,000.00 plus % interest over the life of the plan.

Citifinancial Auto Corporation (account # 3732039701), PO Box 183036, Columbus, Ohio 43218 will not be paid. The Nissan Quest (vin 5n1bv28u17n26115) will be surrendered.

        (c)    Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less than five (5%) percent.

    3.    All lease agreements are hereby assumed, unless specifically rejected as follows: None

    4.    During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), less than one hundred percent (100%), the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan or dismissal of the case, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

| | |
|---|---|
| **RON BALDEO** | **SHARON BALDEO** |
| Debtor Ron Baldeo | Joint Debtor Sharon Baldeo |

Dated: September 10, 2009

                                                                                       Attorney for Debtor
                                                                                       Robert H. Solomon, P.C.
                                                                                       24 East Park Avenue
                                                                                       Long Beach, New York 11561

                                                                                       (516) 432-1622

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X        Chapter 13

IN RE:                                                          Case No.: 09-75481

      Ron Baldeo and Sharon Baldeo


------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I certify that on the date shown below I mailed a copy of Amended Chapter 13 Plan to the parties listed below.

Dated: September 10, 2009

                                                                    ROBERT H. SOLOMON
                                                                      Robert H. Solomon, P.C.
                                                                      24 East Park Avenue
                                                                       Long Beach, New York 11561


To:     United States Trustee
           560 Federal Plaza
           Central Islip, New York 11722

           Michael J. Macco, Trustee
           135 Pinelawn Road
           Suite 120 South
           Melville, New York 11747